UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 12-CR-190

KAMEL M. KHATIB,

    Defendant.

**ORDER**

On May 8, 2013, the court found the defendant incompetent to proceed and committed him to the custody of the United States Attorney General with directions that he be hospitalized for treatment until such time as he regains his competency. The court has been advised that the defendant has not been transferred to a medical facility but remains in the custody of the Bureau of Prisons and is housed at Dodge Correctional Institution in Wisconsin. The court has further been advised that Defendant is not expected to have placement in a medical facility until mid July. In the meantime, it is the court's understanding that Defendant is receiving no medication for the mental illness that resulted in his incompetency to stand trial.

Based upon the foreoing, counsel for the Government is directed to provide a report to the court as to the current status of the Government's efforts to comply with the Commitment Order entered by the court. The report shall be filed with the court within 10 days of this Order.

Dated this 5th day of June, 2013.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court